```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

                     Status Conference Calendar

               Honorable Alfred V. Covello, U.S.D.J.
                          450 Main Street
                            Hartford
                    Chambers Room 125 - Annex
```

**March 10, 2004**

**3:00 p.m.**

CASE NO. **3:02CV1600 (AVC) Raila, et al v. USA**

```
Todd Douglas Haase
618 West Avenue
Norwalk, CT 06852


Douglas P. Morabito
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510




                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK
```