16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Telephone
Status Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

1/2 hour

March 10, 2004

3:00 p.m.

CASE NO. 3:02CV1600 (AVC) Raila, et al v. USA

Todd Douglas Haase
618 West Avenue
Norwalk, CT 06852

Douglas P. Morabito
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK