UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LENORE S. RAILA and
WHITTON A. RAILA,
   Plaintiffs,

v.

UNITED STATES OF AMERICA,
   Defendant.

Civil No. 3:02CV1600(AVC)

## SCHEDULING ORDER

(1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by September 10, 2004;

(2) the plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before July 10, 2004, and depositions of any such experts shall be completed by August 10, 2004;

(3) the defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before August 10, 2004, and depositions of any such experts shall be completed by September 10, 2004;

(4) the parties shall exchange a damage analysis, if necessary, on or before September 10, 2004;

(5) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before October 10, 2004;

(6) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on November 10, 2004; and

(7) the case shall be ready for trial by December 10, 2004.

    It is so ordered this 10TH day of March, 2004, at Hartford, Connecticut.

                                  _____
                                  Alfred V. Covello
                                  United States District Judge