**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

*02-cv-1600*
*Covello*

[STAMP: UNITED STATES COURT OF APPEALS FILED JAN 14 2003 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

FILED
MAR 18  2 16 PM '04
U.S. DISTRICT COURT

      At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 14th day of January, two thousand and four.

Before:    Hon. Richard J. Cardamone,
              Hon. Sonia Sotomayor,
              Hon. Robert A. Katzmann,
                      *Circuit Judges*

Docket No. 03-6057

---

LENORE S. RAILA, WHITTON A. RAILA,

                      *Plaintiffs-Appellants*,

v.

UNITED STATES OF AMERICA,

                      *Defendant-Appellee*.

---

      Appeal from the United States District Court for the District of Connecticut.

      This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

      On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the order of said district court be and it hereby is REVERSED and REMANDED for further proceedings in accordance with the opinion of this Court.

                                                  FOR THE COURT:
                                                  ROSEANN B. MACKECHNIE, Clerk

                                                  [signature: Laura Bass Penn]

        A TRUE COPY
Roseann B. MacKechnie, CLERK             Laura Bass Penn
                                         Motions Staff Attorney
by [signature]
        DEPUTY CLERK