UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 18 A II: 10

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LENORE S. RAILA and<br>WHITTON A. RAILA,<br><br>    Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}      CV   No. 3:02CV1600 (AVC) |

## REPLY TO AFFIRMATIVE DEFENSES

COMES NOW Plaintiffs, Lenore S. Raila and Whitton A. Raila, by their attorney,

Todd D. Haase, and hereby replies to Defendant's Affirmative Defenses as follows:

1. Plaintiffs admit Paragraph 1.

2. Plaintiffs admit Paragraph 2.

3. Plaintiffs admit Paragraph 3.

4. Plaintiffs admit Paragraph 4.

5. Plaintiffs deny Paragraph 5.

6. Plaintiffs deny Paragraph 6.

7. Plaintiffs admit Paragraph 7.

SLAVITT, CONNERY & VARDAMIS
Attorney for Plaintiffs,

By: Todd D. Haase, Esq.
618 West Avenue
Norwalk, CT 06852
Fed Bar No: ct15698
Telephone: (203) 838-7555
Fax: (203) 866-9725