```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

LENORE S. RAILA and WHITTON A.)
RAILA,                        )
                              )
     Plaintiffs,              )
                              )
v.                            )    CV No. 3:02CV1600(AVC)
                              )
UNITED STATES OF AMERICA,     )
                              )
     Defendant.               )    August 27, 2004
```

### JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Pursuant to Local Rule 7(b), the parties hereby respectfully move for an additional ninety-day extension of time, **up to and including December 10, 2004,** in which to complete discovery.  In addition, the parties respectfully request that the dates contained in the scheduling order entered by the Court on March 10, 2004 also be extended by ninety days.  In support of this motion, the parties represent as follows:

    1.    This is a federal tort claim action brought by the plaintiffs to recover damages allegedly caused by the United States Postal Service.

    2.    Discovery is set to be completed on September 10, 2004.

    3.    The parties have exchanged interrogatories and requests for production.

    4.    In addition, the parties continue to explore the possibility of settlement.  However, because the parties were engaged in settlement negotiations, several depositions were not

conducted by either party.

    5.   For these reasons, additional time is necessary for the parties to complete discovery including the disclosure of expert witnesses by both parties.  Plaintiff'S counsel consents with the granting of this motion for extension of time.

    6.   This is the first request by either party to extend discovery.

    WHEREFORE, the parties respectfully submit that good cause exists allowing the Court to grant the motion for an extension of time to complete discovery **up to and including December 10, 2004.**

                              Respectfully submitted,
                              KEVIN J. O'CONNOR
                              United States Attorney


                              _____
                              Douglas P. Morabito
                              Assistant United States Attorney
                              157 Church Street
                              P.O. Box 1824
                              New Haven, CT 06510
                              Telephone: (203) 821-3700
                              Fax: (203) 773-5376
                              Federal Bar Number ct20962

- 3 -

<u>CERTIFICATE OF SERVICE</u>

    The undersigned certifies that the foregoing document was mailed via first-class mail, postage prepaid, this _____ day of _____, 2004, to: Todd D. Haase, Esq., 618 West Avenue, Norwalk, CT 06852, Attorney for Plaintiff.

                                        _____
                                        DOUGLAS P. MORABITO