# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

FILED

LENORE S. RAILA and
WHITTON A. RAILA
    Plaintiffs,
    v.
UNITED STATES OF AMERICA
    Defendant,

CASE NUMBER: 3:02CV1600 (AVC)

2004 AUG 30  A 10: 59

U.S. DISTRICT COURT
HARTFORD, CT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: LENORE S. RAILA and WHITTON A. RAILA

8/26/04
Date

ct06901
Connecticut Federal Bar Number

(203) 838-7555
Telephone Number

(203) 866-9724
Fax Number

E-mail address

*[Signature]*
Signature

ROBERT A. SLAVITT
Print Clearly or Type Name

618 WEST AVENUE
Address

NORWALK, CT 06850

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Douglas P. Morabito
Assistant United States Attorney
Office of the U.S. Attorney
157 Church Street
New Haven, CT 06510

*[Signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001