UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LENORE S. RAILA and
WHITTON A. RAILA,
  Plaintiffs,

v.

UNITED STATES OF AMERICA,
  Defendant.

:
:
:
:
:
:
:
:
:

FILED

Civil No. 3:02CV1600 (AVC)

2004 SEP -1  P 5: 32

U.S. DISTRICT COURT

## AMENDED SCHEDULING ORDER

(1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by December 10, 2004;

(2) the parties shall exchange a damage analysis, if necessary, on or before December 10, 2004;

(3) all motions, except motions <u>in</u> <u>limine</u> incident to a trial, shall be filed on or before January 10, 2005;

(4) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on February 10, 2004; and

(5) the case shall be ready for trial by March 10, 2004.

    It is so ordered this <u>1ST</u> day of September, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge