UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LENORE S. RAILA and WHITTON A. )
RAILA, )
 )
    Plaintiffs, )
 )
v. ) CV No. 3:02CV1600(AVC)
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. ) August 27, 2004

### JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Pursuant to Local Rule 7(b), the parties hereby respectfully move for an additional ninety-day extension of time, **up to and including December 10, 2004,** in which to complete discovery. In addition, the parties respectfully request that the dates contained in the scheduling order entered by the Court on March 10, 2004 also be extended by ninety days. In support of this motion, the parties represent as follows:

    1.    This is a federal tort claim action brought by the plaintiffs to recover damages allegedly caused by the United States Postal Service.

    2.    Discovery is set to be completed on September 10, 2004.

    3.    The parties have exchanged interrogatories and requests for production.

---

3:02CV1600(AVC). September 1, 2004. The joint motion for an extension of time (document no. 22) is GRANTED as set forth in the scheduling order issued this day.
SO ORDERED.

                Alfred V. Covello, U.S.D.J.