UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2005 JAN 10 A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LENORE S. RAILA and WHITTON A. RAILA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CV No. 3:02CV1600(AVC) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

### STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677

It is hereby stipulated by and between the undersigned Plaintiffs, LENORE S. RAILA and WHITTON A. RAILA and the UNITED STATES OF AMERICA, by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Settlement Agreement.

2. The United States of America agrees to pay the sum of **One Hundred and Sixty-Five Thousand Dollars ($165,000.00)**, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this settlement, including any claims for wrongful death, for which Plaintiffs, or their heirs, executors, administrators, or assigns, and each of them, now have or may hereafter

acquire against the United States of America, its agents, servants, and employees.

3. Plaintiffs and their heirs, executors, administrators or assigns hereby agrees to accept the sums set forth in this Stipulation of Compromise Settlement in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages. The Plaintiffs further agree to reimburse, indemnify, and hold harmless the United States, its agents, servants and employees, from any and all claims and causes of action incident to or resulting from further litigation or the prosecution of claims by the Plaintiff or his heirs, executors, administrators or assigns, against any third-party or the United States, its agents, servants and employees on account of the incident which is the subject of this action.

4. This stipulation for compromise settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, its agents, servants, or employees, and it is specifically denied that they are liable to the Plaintiffs. This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

5. It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the plaintiff will be paid

out of the settlement amount and not in addition thereto.

6. The persons signing this Settlement Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

7. Payment of the settlement amount will be made by check drawn on United States Postal Service Funds for **One Hundred Sixty-Five Thousand Dollars ($165,000.00)** to the Plaintiffs and Todd D. Haase, Attorney for the Plaintiffs.

8. The parties agree that this Stipulation for Compromise Settlement and Release, including all the terms and conditions of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and the Plaintiffs expressly consent to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

|  | Respectfully submitted |
|---|---|
| For the Plaintiffs, | For the Defendant, |
| LENORE S. RAILA and WHITTON A. RAILA | UNITED STATES OF AMERICA, |
| *[signature]* LENORE S. RAILA | KEVIN J. O'CONNOR UNITED STATES ATTORNEY |
| *[signature]* WHITTON A. RAILA | |
| *[signature]* TODD D. HAASE, Esq. TRANTOLO & TRANTOLO 50 RUSS STREET HARTFORD, CT 06106 (860) 522-9248 FEDERAL BAR NO. ct15698 | *[signature]* DOUGLAS P. MORABITO ASSISTANT U.S. ATTORNEY P.O. Box 1824 New Haven, CT 06508 (203) 821-3700 FEDERAL BAR NO. ct20962 |