12/13/04 15:00 FAX 203 773 5373   US ATTORNEY'S OFFICE NH

Case 3:02-cv-01600-AVC   Document 26   Filed 01/28/2005   Page 1 of 1

DEC 27 2004

FILED

JAN 0 4 2005

2005 JAN 10 A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LENORE S. RAILA and WHITTON A. RAILA, )
)
)
Plaintiffs, )
)
v. )  CV No. 3:02CV1600(AVC)
)
UNITED STATES OF AMERICA, )
)
Defendant. )

### STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677

It is hereby stipulated by and between the undersigned Plaintiffs, LENORE S. RAILA and WHITTON A. RAILA and the UNITED STATES OF AMERICA, by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Settlement Agreement.

2. The United States of America agrees to pay the sum of **One Hundred and Sixty-Five Thousand Dollars** ($165,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this settlement, including any claims for wrongful death, for which Plaintiffs, or their heirs, executors, administrators, or assigns, and each of them now have or may hereafter