UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LENORE S. RAILA and WHITTON A. RAILA, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| v. | ) CV No. 3:02CV1600(AVC) <br> ) |
| UNITED STATES OF AMERICA, | ) <br> ) |
| Defendant. | ) February 14, 2005 |

FILED 2005 FEB 16 A 11: 01
U.S. DISTRICT COURT
HARTFORD, CT.

### STIPULATION OF DISMISSAL

Pursuant Rule 41(b) of the Federal Rules of Civil Procedure, it is hereby stipulated by the parties that the above-captioned cause of action, previously reported to be settled on January 5, 2005, may now be dismissed with prejudice with each party to bear its own costs and attorney's fees.

Executed this 14th day of February, 2005.

_____
Todd D. Haase, Esq.
Trantolo & Trantolo
50 Russ Street
Hartford, CT 06106
Federal Bar Number ct15698

_____
Douglas P. Morabito
Assistant United States Attorney
157 Church Street
P.O. Box 1824
New Haven, CT 06510
Telephone: (203) 821-3700
Fax:   (203) 773-5376
Federal Bar Number ct20962